UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY O'QUINN                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:06cv00192-DPJ-JCS

HALLMARK TOYOTA-BMW, INC.                                                              DEFENDANT

**FINAL JUDGMENT**

For the reasons given in the Memorandum Opinion and Order granting Defendant's motion for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of the Defendant and against the Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of February, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE